UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61294-CIV-ALTONAGA/Brown

**ERICK KELECSENY**, *et al.*,

    Plaintiffs,
vs.

**CHEVRON, U.S.A., INC.**, a Pennsylvania corporation, *et al.*,

    Defendants.
_____/

## AMENDED ORDER

**THIS CAUSE** came before the Court on Motion by Plaintiffs, Erick Kelecseny, John Egizi, and Todd Jessup, to Dismiss their Individual Claims Without Prejudice [D.E. 366], filed on August 6, 2009. The Court having carefully considered the Motion and Defendants' Responses, it is hereby

**ORDERED AND ADJUDGED** that

1. The Motion [**D.E. 366**] is **GRANTED**.

2. The individual claims of Erick Kelecseny, John Egizi, and Todd Jessup are dismissed without prejudice.

3. Defendants are permitted to use all discovery obtained from the individual Plaintiffs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of August, 2009.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record