UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-61294-CIV-ALTONAGA/Brown

**ERICK KELECSENY,** *et al.*

    Plaintiffs,

vs.

**CHEVRON U.S.A.,** *et al.*

    Defendants.
_____/

**STIPULATION FOR AGREED ORDER OF VOLUNTARY DISMISSAL**

Plaintiff, Kenneth Terrell, and Defendants, Chevron U.S.A. Inc., Exxon Mobil Corporation, BP Products North America Inc., Motiva Enterprises, LLC, Sunoco, Inc. (R&M), Murphy Oil USA, Inc., CITGO Petroleum Corporation, Hess Corporation, RaceTrac Petroleum, Inc., Marathon Petroleum Company LLC and Valero Marketing and Supply Company (collectively "Defendants"), by and through their undersigned counsel and in accordance with Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Defendants, with prejudice, from this action and that an Agreed Order of Voluntary Dismissal is concurrently sought from this Court. Attached hereto as Exhibit "1" is a proposed Agreed Order of Voluntary Dismissal.

Counsel for each of the Defendants that are parties to this Stipulation have authorized the undersigned counsel for the Plaintiff to represent the Defendants' authorization to file this Stipulation without the need for signatures from all of the Defendants' counsel.

-2-

WHEREFORE, Plaintiff and Defendants respectfully requests that this Court enter the proposed Agreed Order of Voluntary Dismissal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

        Respectfully submitted,

        **KOPELOWITZ OSTROW**
        **FERGUSON WEISELBERG KEECHL**
        200 S.W. First Avenue, 12th Floor
        Fort Lauderdale, FL 33301
        Telephone: (954) 525-4100
        Facsimile: (954) 525-4300
        *Counsel for Plaintiff and the Proposed Class*

    By:  */s/ Jonathan Streisfeld*
        Jeffrey M. Ostrow
        Florida Bar No. 121452
        ostrow@kolawyers.com
        David L. Ferguson
        Florida Bar No. 981737
        ferguson@kolawyers.com
        Jonathan M. Streisfeld
        Florida Bar No. 117447
        streisfeld@kolawyers.com

*Co-Counsel for Plaintiffs*
Brian S. Kabateck, Esq.
Richard L. Kellner, Esq.
Joshua H. Haffner, Esq.
Kabateck Brown Kellner LLP
Engine Company No. 28 Building
644 South Figueroa Street
Los Angeles, CA 90017
Tel.: (213) 217-5000
Fax: (213) 217-5010

-AND-

Byron T. Ball, Esq.
Eric A. Gowey, Esq.
The Ball Law Firm, LLP
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024
Tel.: (310) 694-5911

-AND-

Patrick McNicholas, Esq.
John P. McNicholas, Esq.
McNicholas and McNicholas, LLP
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024
Tel.: (310) 474-1582
Fax: (310) 475-7871

-AND-

Michael J. Saltz, Esq.
Keri Montrose, Esq.
Jacobson, Russell, Saltz & Fingerman, LLP
10866 Wilshire Boulevard, Suite 1550
Los Angeles, California 90024
Tel: (310) 446-9900
Fax: (310) 446-9909
Email: msaltz@jrsfllp.com

*Counsel for Defendant Exxon Mobil Corp.*
Steven E. Siff, Esq.
McDermott Will & Emery, LLP
201 S. Biscayne Boulevard, Suite 2200
Miami, FL 33131
Tel.: (305) 347-6511
Fax: (305) 347-6500
Email: ssiff@mwe.com

-AND-

Peter John Sacripanti, Esq.
Lauren E. Handel
Michael J. Dillon
McDermott Will & Emery, LLP
340 Madison Avenue
New York, NY 10173
Tel:  (212) 547-5353
Fax: (212) 547-5444
Email: psacripanti@mwe.com

*Counsel for Marathon Petroleum Company LLC and Hess Corporation*
Steven L. Leifer, Esq.
Joshua Frank, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004-2400
Tel: (202) 639-7723
Fax: (202) 262-9771
Email: sleifer@bakerbotts.com
Email: joshua.frank@bakerbotts.com

-AND-

Robert W. Wells, Esq.
1450 Madruga Ave, Ste. 306
Coral Gables, FL 33146
Tel: (305) 669-8989
Fax: (305) 669-9995
Email: wellsrw@msn.com

*Counsel for Defendant Motiva Enterprises LLC*
Anthony N. Upshaw, Esq.
William C. McCue
Adorno & Yoss, LLP
2525 Ponce de Leon Blvd, Suite 400
Miami, FL 33134
Tel.: (305) 460-1052
Fax: (305) 460-1422
Email: anu@adorno.com
Email: wcm@adorno.com

-AND-

Richard E. Wallace, Esq.
Rebecca Schuller, Esq.
Wallace King Domike & Reiskin, PLLC
2900 K Street NW
Harbourside, Suite 500
Washington, DC 20007
Tel: (202) 204-1000
Fax: (202) 204-1001
Email: RWallace@WallaceKing.com
Email: RSchuller@WallaceKing.com

*Counsel for Defendant, BP Products North America, Inc.*
Moises Melendez, Esq.
Sedgwick, Detert, Moran & Arnold LLP
2400 East Commercial Boulevard, Suite 1100
Fort Lauderdale, FL 33308
Tel: (954) 958-2500
Fax: (954) 958-1590
Email: moises.melendez@sdma.com

-AND-

Wendy L. Bloom, Esq.
Kirkland & Ellis, LLP
300 N. LaSalle Street
Chicago, IL 60654
Tel.: (312) 862-2000 / Fax: (312) 862-2200
Email: wbloom@kirkland.com

*Counsel for Defendant, Chevron USA*
Juan A. Gonzalez, Esq.
Liebler, Gonzalez & Portuondo, P.A.
Courthouse Tower, 25th Floor
44 W. Flagler Street
Miami, FL 33130
Tel.: (305) 379-0400
Fax: (305) 379-9626
Email: JAG@lpglaw.com

-AND-

Robert E. Meadows, Esq.
King & Spalding
1100 Louisiana Street
Houston, TX 77002
Tel: (713) 751-3200 / Fax: (713) 751-3290
Email: rmeadows@kslaw.com

*Counsel for Defendant, Valero Energy and Supply Company*
James J. Nosich, Esq.
McGrane Nosich & Ganz, P.A.
75 Valencia Avenue Suite 1100
Miami, FL 33134
Tel: (305) 442-4800
Fax: (305) 442-2339
Email: jnosich@mn-lawfirm.com

-AND-

Coy Connelly, Esq.
Amy E. Parker, Esq.
Bracewell Giuliani, LLP
711 Louisiana St., Suite 2300
Houston, TX 77002
Email: coy.connelly@bgllp.com
Email: amy.parker@bgllp.com

*Counsel for Defendant, Gate Petroleum Co.*
Richard M. Gomez, Esq.
Law Offices of Roland Gomez
4300 Biscayne Blvd., Suite 305
Miami, FL 33137
Tel: (305) 825-5506

-5-

*Counsel for Defendant, CITGO Petroleum Corp.*
Juan J. Rodriguez, Esq.
Carey Rodriguez Greenberg & Paul, LLP
Espirito Santo Plaza
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Tel:  (305) 372-7474
Fax:  (305) 372-7475
Email:  jrodriguez@crgplaw.com

-AND-

Nathan P. Eimer, Esq.
Pamela R. Hanebutt, Esq.
Eimer Stahl Klevorn & Solberg, LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Tel:  (312) 660-7600
Fax:  (312) 692-1718


*Counsel for Defendant, Murphy Oil USA, Inc.*
Donald W. Hardeman, Jr., Esq.
Fowler White Burnett, PA
1395 Brickell Avenue, 14th Floor
Miami, FL 33131
Tel: (305) 789-9200
Fax: (305) 789-9201
Email: dwh@fowler-white.com

-AND-

David A. Olson, Esq.
Kerry J. Miller, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Email: Dolson@frilot.com
Email: Dolson@frilot.com

*Counsel for Defendant, RaceTrac Petroleum, Inc.*
Hildy Sastre, Esq.
Mihai Vrasmasu, Esq.
Shook Hardy & Bacon, LLP
Miami Center, Suite 2400
201 South Biscayne Blvd.
Miami, FL 33131
Tel: (305) 358-5171
Fax: (305) 358-7470
Email: hsastre@shb.com
Email: is mvrasmasu@shb.com

*Counsel for Defendant, Sunoco, Inc.*
John A. Camp, Esq.
Carlton Fields, P.A.
100 S.E. 2nd Street, Suite 4000
Miami, FL 33131
Tel: (305) 530-0050
Fax: (305) 530-0055
Email: jcamp@carltonfields.com

-AND-

Nessa E. Horewitch, Esq.
Patrick R. Jacobi, Esq.
John S. Guttman, Esq.
Beveridge & Diamond, PC
1350 I Street, NW, Suite 700
Washington, DC 20005
Tel: (202) 789-6053