UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-61294-CIV-ALTONAGA/Brown

**ERICK KELECSENY,** *et al.*

    Plaintiffs,

vs.

**CHEVRON U.S.A.,** *et al.*

    Defendants.

_____/

### AGREED ORDER OF VOLUNTARY DISMISSAL

**THIS CAUSE** came before the Court on the Stipulation for Agreed Order of Voluntary Dismissal [D.E. \_\_\_\_] as to Chevron U.S.A. Inc., Exxon Mobil Corporation, BP Products North America Inc., Motiva Enterprises, LLC, Sunoco, Inc. (R&M), Murphy Oil USA, Inc., CITGO Petroleum Corporation, Hess Corporation, RaceTrac Petroleum, Inc., Marathon Petroleum Company LLC and Valero Marketing and Supply Company. The Court being fully advised, it is hereby

    **ORDERED AND ADJUDGED** that

    1.     The Stipulation for Agreed Order of Voluntary Dismissal [D.E. \_\_\_\_\_] as to Chevron U.S.A. Inc., Exxon Mobil Corporation, BP Products North America Inc., Motiva Enterprises, LLC, Sunoco, Inc. (R&M), Murphy Oil USA, Inc., CITGO Petroleum Corporation, Hess Corporation, RaceTrac Petroleum, Inc., Marathon Petroleum Company LLC and Valero Marketing and Supply Company is **approved**.

**EXHIBIT "1"**

2. Chevron U.S.A. Inc., Exxon Mobil Corporation, BP Products North America Inc., Motiva Enterprises, LLC, Sunoco, Inc. (R&M), Murphy Oil USA, Inc., CITGO Petroleum Corporation, Hess Corporation, RaceTrac Petroleum, Inc., Marathon Petroleum Company LLC and Valero Marketing and Supply Company are dismissed from this action, with prejudice. The Court retains jurisdiction to enforce the terms of the Settlement Agreement between the parties.

**DONE AND ORDERED** in chambers at Miami, Florida this \_\_\_\_ day of _____, 2010.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record