## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  08-61294-CIV-ALTONAGA/Brown

**ERICK KELECSENY**, *et al*.,

      Plaintiffs,

vs.

**CHEVRON, U.S.A., INC.**, a
Pennsylvania corporation, *et al*.,

      Defendants.

_____/

### <u>ORDER</u>

**THIS CAUSE** came before the Court on Stipulation for Agreed Order of Voluntary Dismissal [D.E. 499] by Plaintiff, Kenneth Terrell, and Defendants, Chevron U.S.A., Inc.; Exxon Mobil Corporation; BP Products North America, Inc.; Motiva Enterprises, LLC; Sunoco, Inc. (R&M); Murphy Oil USA, Inc.; CITGO Petroleum Corporation; Hess Corporation; RaceTrac Petroleum, Inc.; Marathon Petroleum Company LLC; and Valero Marketing and Supply Company ("Defendants"), filed on January 15, 2010.  The parties inform the Court they stipulate to a voluntary dismissal of all Defendants with prejudice.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1.    The Motion **[D.E. 499]** is **GRANTED**.

2.    All Defendants are voluntarily dismissed from this action, with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3.    The Court retains jurisdiction to enforce the terms of any Settlement Agreement between the parties submitted to the Court within sixty (60) days of the date of this Order.

Case No. 08-61294-CIV-ALTONAGA/Brown

4.      All pending motions are **DENIED as MOOT**.

5.      The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of January, 2010.


_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record